IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JUN 2 2 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BUDDY SHAW, JR.,<br><br>Defendant. | CR 06-99-BLG-SPW-2<br><br>ORDER |

Upon the Defendant's Unopposed Motion to Vacate and Reset Revocation Hearing (Doc. 303), and for good cause being shown,

IT IS HEREBY ORDERED that the Final Hearing regarding Revocation of Supervised Release currently scheduled for Thursday, August 6, 2020 at 10:30 a.m., is **VACATED.**

IT IS FURTHER ORDERED that the Revocation Hearing is reset to commence on **Tuesday, July 7, 2020 at 2:30 p.m.**

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 22nd day of June, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1