IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BUDDY SHAW, JR.,<br><br>Defendant. | CR 06-99-BLG-SPW<br><br>**ORDER** |

The United States has filed an unopposed motion requesting that United States Probation Officer Kade Henderson be allowed to appear at the detention hearing scheduled for May 6, 2021 at 9:30 a.m. by Zoom. (Doc. 319.) Good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. Mr. Henderson may appear at the detention hearing by Zoom.

DATED this 5th day of May, 2021.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge